393 A.2d 1273

Bright v. Combustion Engineering Company (et al., Appellant), et al.

Chovan v. Combustion Engineering Company (et al., Appellant), et al.

Argued April 11, 1978. John R. Anderson, with him Thomson, Rhodes & Grigsby, for appellant; M. Wimer, with him C. S. Fossee, for appellees.

Orders affirmed.

PRICE, J., would remand to lower court to consider case on the merits.